# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

REBECCA PORTIER

VERSUS

GUY PORTIER, XYZ INSURANCE
COMPANY, GEORGIA PORTIER AND
ZYX INSURANCE COMPANY

NO.  2019 CW 0402

**AUG 1 9 2019**

---

In Re:   Guy Portier and Georgia Portier, applying for supervisory writs, 21st Judicial District Court, Parish of Livingston, No. 148842.

---

BEFORE:  McCLENDON, WELCH, AND HOLDRIDGE, JJ.

**WRIT NOT CONSIDERED.** This writ application fails to comply with the Uniform Rules of Louisiana Courts of Appeal, Rule 4-5(C)(9).  Relators failed to include a copy of all documents attached to respondent's opposition to the motion for summary judgment.

Supplementation of this writ application and/or an application for rehearing will not be considered. Uniform Rules of Louisiana Courts of Appeal, Rules 4-9 and 2-18.7.

If relators seek to file a new application with this court, it must contain all pertinent documentation, the missing items noted above, and must comply with Uniform Rules of Louisiana Courts of Appeal, Rule 2-12.2.  Any new application must be filed on or before August 30, 2019 and must contain a copy of this ruling.

**PMc**
**JEW**

**Holdridge, J.,** dissents and would deny the writ.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT